## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

TIMOTHY E. BROWN,

     Plaintiff,                       Case No. 4:26-cv-44

v.

PUBLIX SUPERMARKET 1427,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, PUBLIX SUPERMARKET 1427[1] ("Defendant"), removes this action from the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division.  As grounds for removal and for no other purpose, Defendant states the following:

## REMOVAL STANDARD

1. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the

---

[1] The correct name for Defendant is "Publix Super Markets, Inc."

district and division embracing the place where such action is pending."

2.     Pursuant to 28 U.S.C. § 1331, "district courts shall have original jurisdiction of all civil actions arising under the Constitution laws, or treaties of the United States."

## PAPERS FROM REMOVED ACTION

3.     In accordance with 28 U.S.C. §1446(a) and Local Rule 7.2(A) a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served on Defendant in the State Court Action, is attached to this Notice as **Exhibit A**.  Plaintiff has not served upon Defendant any other process, pleadings, or orders.

## REMOVAL IS TIMELY

4.     On or about December 16, 2025, Plaintiff, Timothy E. Brown, filed a Complaint in the Second Judicial Circuit, in and for Leon County, Florida, captioned *Timothy E. Brown v. Publix Supermarket 1427,* Case No. 2025-cc-005575 (the "State Court Action").

5.     Defendant was served with the Summons and Complaint in the State Court Action on January 6, 2026.

6.     Defendant is filing this Notice of Removal within thirty (30) days of service of the State Court Action.  The date which Defendant is required by law to remove this action is on or before February 5, 2026.  Therefore, this Notice of

2

Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

## VENUE IS PROPER

7.      The Second Judicial Circuit, in and for Leon County, Florida, is located within the Northern District of Florida.  Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending."  28 U.S.C. §1441(a).

## REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

8.      This Court has original jurisdiction over Plaintiff's State Court Action because in the Complaint, Plaintiff asserts claims against Defendant for purported violations of civil rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e.

9.      Under 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Therefore, removal of this matter on federal question grounds is proper.

## FILING OF REMOVAL PAPERS

10.     Pursuant to 28 U.S.C. § 1446(d), written notice of removal of this action will be promptly served on Plaintiff.

11.     Concurrent with the filing of this Notice of Removal, Defendant has

3

filed a Notice of Filing the Notice of Removal, including a true and correct copy of the Notice of Removal with the Clerk of the Second Judicial Circuit, in and for Leon County, Florida. *See* **Exhibit B**.

12.     The undersigned counsel is authorized by Defendant to file this Notice of Removal, is licensed to practice law in the state of Florida, and is a member in good standing of this Court.

WHEREFORE, Defendant hereby removes the above-captioned action from the Second Judicial Circuit in and for Leon County, Florida, and requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted on January 26, 2025.

/s/ *Christine E. Howard*
Christine E. Howard, Esq.
Florida Bar No. 872229
Elysse V. Gorney, Esq.
Florida Bar No. 1003650
FISHER & PHILLIPS, LLP
401 E. Jackson Street, Suite 3100
Tampa, Florida 33602
Telephone: (813) 769-7510
Facsimile: (813) 769-7501
Email: choward@fisherphillips.com
        egorney@fisherphillips.com

*Attorneys for Defendant*

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed on January 26, 2026, via the Court's electronic filing system and also was served to all parties as follows:

Timothy E. Brown
1632 Hardin Street
Quincy, FL 32351
Timothybrown391@gmail.com
*Pro Se Plaintiff*
*Served via email and U.S. regular mail*

/s/Christine E. Howard
Attorney

5

FP 61341552.1